# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | CASE NUMBER 6:03-CR-00053-JDK |
| § | |
| § | |
| MARK DAVID JONES § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Thus, the Court hereby adopts the Report and Recommendation as the findings and conclusions of this Court and **ORDERS** that Defendant Mark David Jones be sentenced to 21 months imprisonment, to run consecutive to the sentence imposed in the 59th Judicial District Court of Grayson County, Texas, Case No. 070719, with no supervised release to follow. The Court recommends to the Bureau of Prisons that Defendant receive drug treatment and that he serve his sentence at USP Coleman II, Florida, if available. If unavailable, the Court

recommends that Defendant serve his sentence at FCI Phoenix, Arizona, if available. If unavailable, the Court recommends that Defendant serve his sentence at USP Terre Haute, Indiana, if available.

So **ORDERED** and **SIGNED** this **9th** day of **August, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE